# WILLS LAW FIRM, PLLC

ATTORNEYS AT LAW

1776 Yorktown, Suite 600
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

---

November 28, 2012

The Honorable Nancy F. Atlas
United States District Court
515 Rusk Street, Room 9015
Houston, Texas  77002

Re:   **Response to Defendants' Objection to Mediation and Plaintiffs' Request that the Court Appoint Mediator Nancy Huston;**

C.A. No. 4:11-cv-00738; *Richardson, et al. v. Wells Fargo Bank, N.A.*; In the United States District Court for the Southern District of Texas, Houston Division;

C.A. No. 4:11-cv-01604; *Switzer, et al. v. Wachovia Corp., et al.*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Atlas:

   Plaintiffs are opposed to Defendants' Request for Relief from Mediation Order in the above matters (Doc. 66, *Richardson* and Doc. 111, *Switzer*) and respectfully request that the Court appoint mediator Nancy Huston to mediate these cases. The plaintiffs in the above matters remain committed to mediating these cases as ordered by the Court. The parties previously agreed to mediate with mediator Nancy Huston. We have on at least three occasions provided dates that Ms. Huston has available to mediate these cases, and each time we have been met with a new excuse from Defendants' counsel regarding why they will not or cannot mediate as described in the attached emails (Exs. 1-6). First, they insisted that we had to agree to dismiss the claims of some of the plaintiffs whose claims they argued were barred by limitations before they would be willing to mediate. We did so.

   The defendants now contend that they are unable to mediate the above matters because they also want to mediate cases pending in New York simultaneously. However, that is logistically and practically not possible. The New York cases involve FED. R. CIV. P. 23 class action claims for ERISA violations and New York state law wage and hour violations that were brought before this Court, nor was there ever any attempt to bring these claims before this Court.

   The *Richardson* and *Switzer* matters are each set for a jury trial in the coming months. We would like to mediate these matters in order to try to get them resolved. It would certainly be worthwhile to at least attempt to get them resolved before having two separate jury trials.

Letter to Judge Atlas
Re: *Richardson* and *Switzer*
November 28, 2012
Page 2 of 2

Accordingly, the plaintiffs in the above matters respectfully request that the parties be ordered to mediate with mediator Nancy Huston.

                                                  Very truly yours,

                                                  /s/ Rhonda H. Wills

                                                  Rhonda H. Wills

Enclosure: Exs. 1-7
RHW/jm