IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN SWITZER, GREG ORLEAN, AND LUIS VASQUEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § | CIVIL ACTION NO. 4:11-CV-01604 |
| PLAINTIFFS, | § | COLLECTIVE ACTION (JURY DEMANDED) |
| V. | § | |
| WACHOVIA CORPORATION, WACHOVIA BANK, N.A., WELLS FARGO & COMPANY, AND WELLS FARGO BANK, N.A. | § | |
| DEFENDANTS. | § | |

**PLAINTIFFS' AMENDED SUPPLEMENTAL DISCLOSURES AND EXPERT DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 26(a), Plaintiffs, Ryan Switzer, Greg Orlean, Luis Vasquez, Karvet Samuels, Michael Wilson and Byron Young ("Plaintiffs") provide the following Supplemental Disclosures and Expert Designations.

**(a)(1)(A)(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information-along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. Ryan Switzer
   Greg Orlean
   Luis Vasquez
   Karvet Samuels
   Byron Allen Young
   Michael S. Wilson
   c/o Rhonda H. Wills
   WILLS LAW FIRM, PLLC
   1776 Yorktown, Suite 600
   Houston, Texas 77056
   Telephone: (713) 528-4455
   Facsimile: (713) 528-2047

Plaintiffs with knowledge of policies and procedures, pay practices, overtime worked and damages.

2. Wachovia Corporation
(and its corporate representatives)
c/o Timothy M. Watson
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

3. Wachovia Bank N.A.
(and its corporate representatives)
c/o Timothy M. Watson
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

4. Wells Fargo & Company
(and its corporate representatives)
c/o Timothy M. Watson
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

5. Wells Fargo Bank, N.A.
(and its corporate representatives)
c/o Timothy M. Watson
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Defendants with knowledge of policies and procedures, pay practices and failure to pay overtime.

6. Rhonda H. Wills
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 600
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

Diana E. Marshall
MARSHALL & LEWIS, LLP
1010 Lamar Street, Suite 450
Houston, Texas 77002
Telephone: (713) 655-0300
Facsimile: (713) 655-0130

John M. Padilla
PADILLA, RODRIGUEZ & DE LA GARZA, LLP
1776 Yorktown, Suite 110
Houston, Texas 77056
Telephone: (713) 574-4600
Facsimile: (713) 574-4602

Plaintiffs' attorneys with knowledge of Plaintiffs' attorneys' fees, litigation expenses and costs.

Persons identified by Defendants and persons discovered to have relevant knowledge throughout this pending litigation, for which Plaintiffs reserve the right to supplement.

**(a)(1)(A)(ii) a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs reserve the right to withhold from disclosure any and all documents or things protected by the attorney-client privilege, the attorney work-product doctrine, the investigative privilege, the joint defense privilege, the community of interest privilege and/or the common interest privilege.

Subject to the foregoing, the following documents are relevant and are all within the possession and custody of Defendant: employee pay records, W-2's, personnel records, employee emails and other electronic data, company policy and procedure manuals, time records, company time recording policies and procedures, and documents relating to any investigation by a governmental agency of Defendant's employment practices. Plaintiffs reserve the right to supplement this response.

Please also see documents produced with initial disclosures.

**(a)(1)(A)(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of the injuries suffered.**

Plaintiffs are financial specialists who were non-exempt, hourly employees and were denied overtime compensation for hours worked in excess of 40 hours in a work week and were not paid for "off the clock" work. Further, plaintiffs and opt-in plaintiffs were not paid at time and one-half their regular rates of pay for all hours worked in excess of 40 hours in a work week.

**Unpaid wages:** Will supplement

**Calculated as:** 1 ½ times regular pay rate for all hours worked in excess of 40 hours per work week

**Liquidated damages:** Will supplement

**Calculated as:** two times the unpaid wages

**Attorneys' fees:** Will supplement

**Calculated as:** a reasonable amount not to exceed 40% if there is no appeal and 45% if there is an appeal

**Litigation expenses (including but not limited to expert fees) and costs of court:** Will supplement

**Calculated as:** Will supplement

**Pre- and post-judgment interest:** maximum amount permitted by law

**Calculated as:** maximum amount permitted by law

**(a)(1)(A)(iv) for inspection and copying as under Rule 34, any insurance agreement under which any insurance business may be liable to satisfy all or part of a possible judgment in the action to or indemnify or reimburse for payments made to satisfy the judgment.**

None, other than those produced by Defendants, if any.

**26(a)(2)(A)(iv) Experts**

**The identity of any witness it may use to present evidence under Federal Rule of Evidence 702, 703 and 705.**

Rhonda H. Wills
1776 Yorktown, Suite 600
Houston, Texas 77056
(713) 528-4455

John M. Padilla
1776 Yorktown, Suite 110
Houston, Texas 77056
(713) 574-4600

Diana E. Marshall
1010 Lamar, Suite 450
Houston, Texas 77002
(713) 655-0300

The above counsel will testify regarding Plaintiffs' reasonable attorneys' fees and litigation expenses. They will consider applicable factors in State Bar Rule 1.04 and the pertinent *Johnson* factors as described in *Heidman v. County of El Paso*, 171 F.3d 1038, 1043 (5th Cir. 1999) or subsequent cases. At this time, it is premature for counsel to opine as to the total reasonable fees or expenses, as work is not complete. It is anticipated that they will opine that a reasonable hourly rate for their work is $475 per hour on a lodestar basis, plus an appropriate multiplier based on factors described in the case law. Counsel may rely on, and submit, time records and expense detail redacted for privileged information, as well as pleadings, motions and responses, correspondence and other materials exchanged and/or filed, and tasks performed in the case.

Please see the curriculum vitae for the above individuals attached as Exhibits A -C respectively, and Ms. Wills' representative FLSA case list attached as Exhibit D.

Plaintiffs reserve the right to object to the introduction into evidence at trial of any response, document or other thing served upon Defendants contained within or referenced in Plaintiffs' Disclosures.

Dated: January 14, 2013
Houston, Texas

Respectfully submitted,

*/s/ Rhonda H. Wills*
Rhonda H. Wills
ATTORNEY-IN-CHARGE
State Bar No. 00791943
Southern District I.D. No. 20699
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 600
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

*/s/ Diana E. Marshall*
Diana E. Marshall
State Bar No. 13025500
S.D. Id. No. 3535
MARSHALL & LEWIS, LLP
1010 Lamar Street, Suite 450
Houston, Texas 77002
Telephone: (713) 655-0300
Facsimile: (713) 655-0130

*/s/ John M. Padilla*
John M. Padilla
OF COUNSEL
State Bar No. 00791395
Southern District I.D. No. 19236
PADILLA, RODRIGUEZ & DE LA GARZA, L.L.P.
1776 Yorktown Street, Suite 110
Houston, Texas 77056
Telephone: (713) 574-4600
Facsimile: (713) 574-4601

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this the 14th day of January, 2013

*/s/ Rhonda H. Wills*
Rhonda H. Wills

# EXHIBIT

# "A"

# RHONDA HUNTER WILLS

WILLS LAW FIRM
Attorneys at Law
1776 Yorktown
Suite 600
Houston, Texas 77056

(713) 528-4455 [DIRECT DIAL]
(713) 528-2047 [FACSIMILE]

## PRACTICE DESCRIPTION

Ms. Wills was formerly associated with Vinson & Elkins L.L.P. for almost 8 years. She has now formed the WILLS LAW FIRM. Ms. Wills has been licensed to practice law since 1994. Her practice includes wage and hour litigation, employment litigation, complex commercial disputes, tort litigation, premises liability, product liability, and other general litigation matters in both state and federal courts. Ms. Wills has expertise in matters involving wrongful discharge, sexual assault, sexual harassment, negligent hiring, training and retention of employees, and overtime and wage violations. She has also handled various complex multi-jurisdictional class action matters arising from violations of the Fair Labor Standards Act, consumer protection, product defects, and insurance disputes. Ms. Wills has tried cases in both state and federal courts.

## REPRESENTATIVE MATTERS

Employment Disputes

- Successfully represented numerous employees in various Fair Labor Standards Act cases, obtaining statewide and national certification of collective actions.
- Represented 15 employees in employment disputes against employer, including allegations of assault and sexual harassment by supervisors and overtime violations
- Represented male employee sexually harassed by male supervisor and male co-worker
- Represented a UK engineering firm in employment matters involving a U.S. employee
- Represented a construction company in claims involving alleged injuries by an employee
- Trial counsel in an arbitration proceeding successfully representing an employer in a wrongful termination claim involving the former chief executive officer of the company
- Represented numerous employees in employment discrimination cases in administrative, federal, and state proceedings
- Drafted employment agreements with management-level employees
- Investigated charges of discrimination and harassment against employers by employees
- Negotiated settlements, compensation packages and severance agreements for employees
- Represented employees in claims involving workplace violence
- Represented employees in claims involving common law causes of action, including fraud, tortious interference, breach of contract, breach of fiduciary duty, intentional infliction of emotional distress, assault and battery

Sexual Assault/Harassment Disputes

- Represented a female passenger who was sexually assaulted by a police office following a traffic stop
- Represented three women sexually harassed and groped by owner of company
- Represented a minor child sexually assaulted in a vacant apartment in a large apartment complex
- Represented a woman sexually assaulted in an auto parts retail store by a store employee
- Represented contract worker sexually groped and harassed by an upper manager in a Fortune 100 company
- Represented a minor child sexually assaulted in an afterschool daycare program by another student

Contract Disputes

- Represented hotel owner in multi-million dollar dispute against construction manager and various subcontractors relating to faulty and defective construction work
- Lead trial and appellate counsel in the successful defense of the Port of Houston Authority in *Perry v. The Port of Houston Authority*, 118 F. Supp. 2d 770 (S.D. Tex. 2000), *aff'd*, 2001 WL 1748097 (5th Cir. 2001), in which the plaintiff sued based on a purported contract as the low bidder in a public bidding process
- Trial counsel in the successful representation of a defendant in a multi-million dollar failed real estate transaction in which the judge entered a take-nothing judgment in favor of the defendant following a bench trial
- Represented the owner in a construction dispute in which the general contractor performed faulty construction work resulting in the presence of toxic mold in the constructed office building
- Successfully briefed and argued a motion for summary judgment on behalf of a public entity involving the interpretation of a state statute relating to the renegotiation of contractual terms
- Assisted in obtaining summary judgment for a major oil and gas company in a commercial dispute involving pipeline municipal franchise fees

Product Liability/Mass Torts

- Represented church members in rollover case involving the deaths of two children and multiple injuries to other passengers
- Senior member of a litigation team representing a manufacturer of synthetic stucco for use in residential and commercial buildings against product liability, DTPA and warranty claims, as well as claims involving toxic mold
- Represented a major international company in a dispute in Canada involving various claims premised on alleged defects in residential radiant heating and plumbing systems
- Successfully defended an international oil company in a product liability action brought by cities and municipalities in Texas, Florida and Alabama involving allegedly defective pipes used in underground lateral water service lines
- Senior member of team defending a major international corporation in various product liability lawsuits brought by thousands of individual litigants in Texas and across the nation
- Defended a tractor-trailer and truck manufacturer in a take-nothing judgment in a personal injury claim stemming from an alleged product defect

Class Actions

- Defeated class certification of a nationwide class of owners of boats and recreational vehicles whose plumbing systems were allegedly defective
- Defeated class certification of a nationwide class of insurance companies seeking to recover in subrogation the water damage claims they paid to homeowners
- Defeated various territory-wide and statewide putative class actions involving homeowners with allegedly defective plumbing systems
- Upheld on full faith and credit grounds the preclusive effect of an earlier nationwide class settlement
- Member of a litigation team in the successful defense of a life insurance company in a national class action involving various state tort claims related to life insurance policies

Civil RICO

- Obtained dismissal of a multi-million dollar civil RICO claim for lack of reliance on the alleged fraud in *Summit Properties, Inc. v. Hoechst Celanese Corp.*, 214 F.3d 556 (5th Cir. 2000), *cert. denied*, 531 U.S. 1132 (2001)

International Disputes

- Lead counsel in obtaining a dismissal on behalf of a Canadian/United Kingdom oil and gas company on the grounds that the defendant was not subject to personal jurisdiction in Texas courts
- Member of a litigation team in the successful defense of a German oil and gas company in a contract dispute involving a Norwegian gas field
- Assisted in the defense of a London-based insurance company in a commercial dispute involving reinsurance
- Assisted in the representation of an individual in a wrongful death claim arising from an aviation crash involving the Warsaw Convention

Premises Liability

- Represented family of employee killed in shooting at an apartment complex
- Represented victim assaulted by gas station owner
- Represented business invitee injured by construction crew when delivering package to local mall
- Assisted in the defense of a large pipeline corporation in a premises liability action involving wrongful death and personal injury claims

ACTIVITIES AND AFFILIATIONS

- Current or Former Member: Litigation Section, American Bar Association; Litigation Section, State Bar of Texas; Houston Bar Association; Houston Young Lawyers Association; Pro Bono College of the State Bar of Texas; National Bar Association
- Publication: Co-author, *Premises Liability in Texas* (CLE Seminar)

EDUCATIONAL & PROFESSIONAL BACKGROUND

- The University of Texas, B.B.A. in International Business and Marketing, 1991
- The University of Texas School of Law, J.D., 1994 (Member, *The Review of Litigation*)
- Briefing Attorney of the Supreme Court of Texas, 1994-1995
- Admitted to practice: Texas, 1994; United States Supreme Court; U.S. Court of Appeals for the Fifth Circuit; U.S. District Court for the Southern District of Texas and U.S. District Court for Western District of Texas.

# EXHIBIT "B"

# JOHN M. PADILLA

1776 Yorktown, Suite 110
Houston, Texas 77056

Phone: (713) 574-4600

## CURRENT EMPLOYMENT

PADILLA, RODRIGUEZ & DE LA GARZA, L.L.P., Houston, Texas

Managing Partner, July 1, 2008 - Present

Representing plaintiffs in contingent fee litigation.

## PAST LEGAL EXPERIENCE

SOLAR & PADILLA, L.L.P., Houston, Texas — Partner, 2004 – July 1, 2008
SOLAR & ASSOCIATES, L.L.P., Houston, Texas — Senior Associate, July 2000–2004
SOLAR & FERNANDES, L.L.P., Houston, Texas — Associate, January 1996–July 2000

Represented plaintiffs in catastrophic personal injury litigation and commercial litigation.

BAKER & BOTTS, L.L.P., Houston, Texas — Associate, November 1994–January 1996

Assisted with complex personal injury and commercial litigation, including Federal securities litigation, breach of contract and pharmaceutical litigation.

## EDUCATION

J. D., *high honors*, UNIVERSITY OF TEXAS SCHOOL OF LAW, 1994

Inducted into Chancellors (Keeper of the Peregrinus), the highest honors society at the University of Texas School of Law, for being ranked sixth out of a class of approximately 500 at the end of the second school year.

Inducted into Order of the Coif (a national honor society for "High Attainments in the Study of Law").

Earned Achievement Awards "for the highest achievement in the study of" Evidence (1992) and Constitutional Law II (1993).

M.B.A., UNIVERSITY OF TEXAS, 1991

Fashioned course of study with an emphasis on Finance.

B.B.A., Finance, *highest honors*, UNIVERSITY OF TEXAS, 1990

Ranked 2nd in graduating class.

Invited into, and completed, Honors Business Program, a merit-based program of the UT Business School.

## BAR ADMISSIONS

- State Bar of Texas
- United States District Court, Southern, Western and Eastern Districts of Texas

## BAR ASSOCIATIONS

- State Bar of Texas
- Houston Trial Lawyers' Association

## PROFESSIONAL INVOLVEMENT AND RECOGNITION

- Continuing legal education lecturer
- Invited speaker for the American Association of Nurse Life Care Planners (for the catastrophically injured) Annual Educational Conference
- University of Texas School of Law Alumni Association Executive Committee Member (former)
- University of Texas School of Law Keeton Fellow (former)
- Fellow, Texas Bar Foundation
- Recognized as one of Houston's Top Trial Lawyers (Personal Injury) in H-Texas Magazine (2006)
- Recognized as a Texas Super Lawyer (Rising Star, Plaintiffs' Personal Injury) in Texas Monthly (2006)
- Recognized for three top personal injury verdicts in "Top Texas Verdicts" (2009 and 2010)

# EXHIBIT

# "C"

Marshall & Lewis LLP
1010 Lamar, Suite 450
Houston, Texas 77002

# DIANA E. MARSHALL

## Background

Diana Elizabeth Marshall, born Odessa, Texas, March 15, 1948; Admitted to bar, 1973, Texas; Preparatory education, University of North Texas (B.A., 1971); Legal education, University of Texas (J.D., 1973)

## Professional

| | |
|---|---|
| BAKER & BOTTS, L.L.P. | 1973 - 1979, Associate |
| BAKER & BOTTS, L.L.P. | 1980 - 1994, Partner |
| SCHECHTER & MARSHALL, L.L.P. | 1994 - 1999 |
| THE MARSHALL LAW FIRM | 1999 - 2006 |
| MARSHALL & LEWIS LLP | 2006 - Present, Founding Partner |

Practice Areas: Admitted to practice in state and federal courts, including the Southern, Western, and Eastern Districts of the United States District Courts. Admitted to practice in the Fifth Circuit Court of Appeals. Practice includes both state and federal matters covering a wide variety of subjects, representing both plaintiffs and defendants. In addition to litigation, practice includes service as an arbitrator, mediator, jury consultant, attorney fee legal auditor, and expert witness.

## Board Certification

Board Certified as a Civil Trial Specialist
Texas Board of Legal Specialization, State Bar of Texas
Mediation Training, Certification Completed

## Recognition

*Top Five Women Trial Lawyers in America* - Time Magazine
*50 Most Influential Women Attorneys in the U. S.* – National Law Journal
*Women Men Fear* - Houston Press
Fellow of The American College of Trial Lawyers
American Board of Trial Advocates
American Law Institute
"Super Lawyer," as designated by Law and Politics magazine and Texas Monthly

## Participation

Invited presenter/speaker on trial advocacy and litigation topics at local, state and national levels including: two segments on Court TV, "Anatomy of a Trial"; The Smithsonian Institute, "The American Trial Lawyers - Performance" permanent collection; The American Bar Association - Litigation Section, Annual Program; and, numerous speeches for the State Bar of Texas, The State Bars of Nevada, Louisiana, Arkansas, California and various law schools and professional associations.

## Contact

Marshall & Lewis LLP is located in downtown Houston, 1010 Lamar, Suite 450, Houston, Texas 77002.
Telephone Number: 713/655-0300; Facsimile: 713/655-0130
*DEMarshall@MarshallLewisLLP.com*

# EXHIBIT "D"

REPRESENTATIVE LIST OF FLSA COLLECTIVE ACTIONS
OF RHONDA H. WILLS

Below is a list of Ms. Wills' FLSA collective action and multi-party matters that either have been successfully resolved or are currently pending:

- *Aaron McNeill, et al., v. Wells Fargo Bank, N.A.*, Civil Action No. 4:11-cv-01400, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wells Fargo tellers) (J. Miller)
- *LaDonna McNeill, et al., v. Wachovia Corporation, et al.*, Civil Action No. 4:11-cv-01401, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wachovia tellers) (J. Rosenthal)
- *Griffith v. Wells Fargo Bank, N.A.*, Civil Action No. 4:11-01440, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wells Fargo loan processors) (J. Harmon)
- *Harp v. Wachovia Mortgage Corporation*, Civil Action No. 4:11-cv-01482, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wachovia loan processors) (J. Ellison)
- *Richardson, et al., v. Wells Fargo Bank, N.A.*, Civil Action No. 4:11-cv-00738, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wells Fargo personal bankers) (J. Atlas)
- *Switzer, et al., v. Wachovia Corporation, et al.*, Civil Action No. 4:11-cv-01604, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re Wachovia financial specialists) (J. Hittner)
- *Richard, et al., v. ViewPoint Bank, et al.*, Civil Action No. 4:11-cv-00846, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re mortgage loan officers) (J. Lake)
- *Villegas v. Regions Bank, et al.*, Civil Action No. 4:11-cv-00904, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re mortgage loan officers) (J. Rosenthal)
- *Salto, et al., v. Ameripro Funding, Inc.*, Civil Action No. 1:11-cv-00289-SS, In the United States District Court for the Western District, Austin Division (FLSA collective action re mortgage loan officers) (J. Sparks)

- *Bethea, et al. v. 360 Mortgage Group, LLP*, Civil Action No. 1:11-cv-921-SS, In the United States District Court for the Western District, Austin Division (FLSA collective action re mortgage loan officers) (J. Sparks)

- *Valladares, et al., v. Priority Home Mortgage, LP. et al.*, Civil Action No. 3:11-cv-00114, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action re mortgage loan officers) (J. Hoyt)

- *Mote v. Perry Homes , A Joint Venture, et al.*, Civil Action No. 1:09-cv-00553-LY, In the United States District Court for the Western District, Austin Division (FLSA collective action re mortgage loan officers) (J. Yeakel)

- *Hajdasz, et al., v. Allied Home Mortgage Capital Corporation*, Civil Action No. 4:11-cv-00909, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action re mortgage loan officers) (referred to arbitration)

- *Blake v. Hewlett-Packard Company*, Civil Action No. 4:11-cv-00592, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Harmon)

- *Fructuoso, et al., v. HEB Grocery Company, LP, et al.*, Civil Action No. 1:10-cv-00951-LY, In the United States District Court for the Western District, Austin Division (FLSA collective action) (J. Yeakel)

- *Self v. Meritage Home Corporation, et al.*, Civil Action No. 3:11-cv-00070, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action) (J. Hoyt)

- *Hughes v. The Ryland Group, Inc. et al.*, Civil Action No. 3:11-cv-00203, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action) (J. Hoyt)

- *Gillum, et al. v. Acuity Healthcare, LP*, Civil Action No. 4:11-cv-391 (FLSA collection action re healthcare workers) (J. Atlas)

- *Carman, et al., v. Meritage Homes Corporation, et al.*, Civil Action No. 4:11-cv-01824, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Hoyt)

- *McCarragher, et al., v. The Ryland Group, Inc. et al.*, Civil Action No. 3:11-cv-00055, In the United States District Court for the Southern District of Texas, Galveston Division (FLSA collective action) (J. Hoyt)

- *Canela, et al., v. HEB Grocery Company, LP, et al.*, Civil Action No. 1:10-cv-00788-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action) (J. Yeakel)

- *Rueda, et al., v. Tecon Services, Inc.*, Civil Action No. 4:10-cv-04937, In the United States District Court for the Southern District of Texas, Houston Division (conditionally certified FLSA collective action) (J. Rosenthal)

- *Lipnicki, et al., v. Meritage Homes Corporation, et al.*, Civil Action No. 3:11-cv-00605, In the United States District Court for the Southern District of Texas, Galveston Division (conditionally certified FLSA collective action) (J. Hoyt)

- *Gonzalez et al., v. Ridgewood Landscaping, Inc.*, Civil Action No. 4:09-cv-02992, In the United States District Court for the Southern District of Texas, Houston Division (conditionally certified FLSA collective action ) (J. Rosenthal)

- *Willis, et al., v. Perry Homes, et al.*, Civil Action No. 1:09-cv-00799-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action) (J. Yeakel)

- *Sandberg, et al., v. Perry Homes, et al.*, Civil Action No. 1:09-cv-00763-LY, In the United States District Court for the Western District, Austin Division (conditionally certified FLSA collective action) (J. Yeakel)

- *White-Yeldell v. Lennar Corporation, et al.*, Civil Action No. 4:08-cv-03743, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Gilmore)

- *Carter, et al., v. Lennar Corporation, et al.*, Civil Action No. 4:08-cv-03790, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Atlas)

- *Sam, et al., v. Lennar Corporation, et al.*, Civil Action No. 4:09-cv-00565, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Gilmore)

- *Alvarado, et al., v. Shipley Donut Flour & Supply Co., Inc.*, Civil Action No. 4:08-cv-02111, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action) (J. Atlas)

- *Ramirez, et al., v. Gigi Huang Restaurant, Ltd., et al.*, Civil Action No. 4:09-cv-02649, In the United States District Court for the Southern District of Texas, Houston Division (FLSA collective action)