# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN SWITZER, *et al.*,<br>        Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-11-1604 |
| WACHOVIA CORPORATION, *et al.*,<br>        Defendants. | §<br>§<br>§ | |

## <u>ORDER OF DISMISSAL</u>

The Court has been notified by the parties that they have settled the disputed

issues in this case.  The Court has reviewed the parties' settlement agreements and

approves the terms to the extent required under the Fair Labor Standards Act [29

U.S.C. § 201, *et seq.*].  Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SIGNED** at Houston, Texas, this **31**<u>st</u> day of **January, 2013.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2011\1604Dismissal.wpd